Núm. 9350.—Pueblo, apldo. v. Rodríguez, aplte.—C. D. Arecibo.
Julio 7, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, Marcelino Rodríguez Ríos fué acusado y convicto en la Corte de Distrito de Arecibo de una infracción al artículo 7 de la Ley núm. 14 de 1936 y sentenciado a cumplir seis meses de cárcel;

Por cuanto, en este recurso aun cuando el único error que imputa a la corte inferior es el de que la sentencia es contraria a la prueba presentada, el Fiscal de esta Corte nos llama la atención hacia el hecho de que la acusación es fatalmente defectuosa e insuficiente para constituir delito público, ya que se limita a alegar que el acusado no declaró por escrito la posesión que tenía de un revólver al Jefe de la Policía de Utuado, sin expresarse en la acusación que el acusado residiera en dicho pueblo;

Por cuanto, en efecto hemos comprobado que la acusación no contiene alegación alguna en cuanto a si el acusado residía o no en el pueblo de Utuado;

Por cuanto, en el caso de Pueblo v. Díaz, 55 D.P.R. 629 resolvimos que la residencia del acusado es un elemento esencial del delito, que debe alegarse, y que cuando esto no se hace la acusación no imputa un delito público,

Por tanto, se declara con lugar el recurso, se revoca la sentencia apelada y se absuelve al acusado.

El Juez Asociado Sr. De Jesús no intervino.

Núm. 9352.—Pueblo, apldo. v. Sánchez, aplte.—C. D. Humacao.
Julio 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

A la moción del apelante solicitando se le conceda el beneficio de insolvencia a los efectos de su apelación para ante la Corte de Apelaciones del Primer Circuito, no estando dicha moción debidamente jurada y no habiéndose comprobado a satisfacción del Tribunal dicha insolvencia, no ha lugar.

Núm. 9352.—Pueblo, apldo. v. Sánchez, aplte.—C. D. Humacao.
Julio 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

A la moción del apelante solicitando se le fije fianza para permanecer en libertad provisional mientras se resuelve la apelación que ha estabecido para ante la Corte de Apelaciones del Primer Circuito; no apareciendo, a juicio del Tribunal, que dicha apelación envuelva una cuestión substancial, no ha lugar.